# United States Court of Appeals

### For the Eighth Circuit

_____

No. 21-1109

_____

Janine Clines

*Plaintiff - Appellant*

v.

Kilolo Kijakazi,[1] Acting Commissioner of Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: July 13, 2021
Filed: July 23, 2021
[Unpublished]

_____

Before COLLOTON, GRUENDER, and KOBES, Circuit Judges.

_____

PER CURIAM.

---

[1]Kilolo Kijakazi has been appointed to serve as Acting Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

Janine Clines appeals the district court's[2] order affirming the denial of disability insurance benefits and supplemental security income. After careful consideration of Clines's arguments for reversal, we agree with the court that substantial evidence in the record as a whole supports the adverse decision. See Swink v. Saul, 931 F.3d 765, 769 (8th Cir. 2019) (de novo review of district court's judgment; Commissioner's decision will be upheld if it is supported by substantial evidence in record as whole). Specifically, we find that the administrative law judge (ALJ) applied the correct standard in determining impairment severity, see Nguyen v. Chater, 75 F.3d 429, 431 (8th Cir. 1996) (claimant does not have severe impairment when impairment would have no more than minimal effect on her ability to work); and that substantial evidence supports the ALJ's determination that Clines's gastroparesis was non-severe, see Page v. Astrue, 484 F.3d 1040, 1044 (8th Cir. 2007) (substantial evidence supported ALJ's determination that claimant's impairment was non-severe, as finding was consistent with medical opinions, examination findings, and limited treatment history).

The judgment is affirmed.

_____

[2]The Honorable Lajuana M. Counts, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).